IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:21-cv-00341

| | |
|---|---|
| DAVID DUGAN, On Behalf of Himself and Others Similarly Situated | )<br>)<br>) |
| Plaintiffs, | )<br>) **TENTH JOINT STATUS REPORT** |
| v. | )<br>) |
| Nationstar Mortgage LLC and ACI Worldwide, Corp., | )<br>)<br>) |
| Defendants. | )<br>) |

Plaintiff David Dugan, Defendant Nationstar Mortgage, LLC ("Nationstar"), and Defendant ACI Worldwide Corp. ("ACI") (collectively, the "Parties"), by and through their undersigned counsel, through their duly authorized undersigned counsel, submit this Joint Status Report pursuant to this Court's order granting their motion to stay this action pending global mediation.

1. On May 16, 2022, the Parties' filed a joint motion to extend the stay in this case until May 20, 2022, and ordered the Parties to advise the court on the status of the case at that time. (*See* ECF Doc. 53).

2. The Parties have reached a settlement in principle, documented by a Memorandum of Understanding, and are in the process of drafting a formal settlement agreement. Accordingly, the Parties request that the Court maintain the current stay.

3. The Parties will report back to the Court by **May 27, 2022**, to advise the Court on the status of the case and, if necessary, to reset the current deadlines.

4. The Parties expressly reserve all defenses, including based on lack of personal jurisdiction, as to all claims that have been or might be later asserted in this action.

WHEREFORE, the Parties will report back to the court with an update on the progress of mediation by **May 27, 2022**.

Dated: May 20, 2022

Respectfully submitted,

*/s/ Ashley Brathwaite*
Ashley Brathwaite
N.C. Bar No. 33830
ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
ashley.brathwaite@elliswinters.com
(P) 919.573.1297
(F) 919.865.7010
*Counsel for ACI Worldwide Corp.*

Dated: May 20, 2022

*/s/ Scott Harris*
Scott C. Harris, Esq.
N.C. Bar No.: 35328
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
sharris@milberg.com
*Counsel for Plaintiff*

Dated: May 20, 2022               */s/ T. Richmond McPherson, III*
                                              T. Richmond McPherson, III
North Carolina. Bar No. 41439
Brian A. Kahn
North Carolina Bar No. 29291
R. Locke Beatty
North Carolina Bar No. 38020
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146
Telephone: (704) 343-2038
Facsimile: (704) 444-8783
rmcpherson@mcguirewoods.com
bkahn@mcguirewoods.com
lbeatty@mcguirewoods.com