UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-CV-00341-TDS-JEP

|   |   |
|---|---|
| DAVID DUGAN, *on behalf of himself and all others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NATIONSTAR MORTGAGE LLC, and ACI WORLDWIDE, CORP., | ) ) ) |
| Defendants. | ) ) ) |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

Plaintiff David Dugan ("Plaintiff"), on behalf of himself, and the Settlement Class, respectfully moves the Court for an order awarding attorneys' fees and expenses, and awarding service awards.

For the reasons described in the memorandum of law in support of this motion, Plaintiff respectfully requests that this Court grant the motion and enter the proposed Order on attorneys' fees and expenses, and award service awards.

Respectfully submitted, April 14, 2023.

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**

/s/ *Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com

Edward H. Maginnis
N.C. Bar No. 39317
Karl S. Gwaltney
N.C. Bar No. 45118
Asa C. Edwards
N.C. Bar No. 46000
**MAGINNIS HOWARD**
7706 Six Forks Road
Raleigh, NC 27615
Telephone: 919-526-0450
Fax: 919-882-8763
emaginnis@maginnishoward.com
kgwaltney@maginnishoward.com
aedwards@maginnishoward.com

Marc E. Dann*
**DANNLAW**
15000 Madison Avenue
Lakewood, OH 44107
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
mdann@dannlaw.com

Thomas A. Zimmerman, Jr.*
**ZIMMERMAN LAW OFFICES P.C.**
77 W. Washington Street
Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020

Facsimile: (312) 440-4180
tom@attorneyzim.com

*Admitted under local rule 83.1(d)

*Attorneys for Plaintiffs and the settlement classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2023 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of the filing to all parties of record.

                        MILBERG COLEMAN BRYSON
                        PHILLIPS GROSSMAN, PLLC

                        */s/ Scott C. Harris*
                        Scott C. Harris
                        N.C. Bar No.: 35328
                        900 W. Morgan Street
                        Raleigh, North Carolina 27603
                        Telephone: (919) 600-5000
                        Facsimile: (919) 600-5035
                        sharris@milberg.com